# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | |  | | |
|---|---|---|---|---|
| Case No: | 20-33088 HDH Judge: HARLIN D. HALE | | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
| Case Name: | FIRST TEXAS HOSPITAL CY-FAIR LLC | | Date Filed (f) or Converted (c): | 12/18/20 (f) |
| | | | 341(a) Meeting Date: | 02/02/21 |
| For Period Ending: | 06/30/22 (2nd reporting period for this case) | | Claims Bar Date: | 05/04/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. ACCT. RECEIVABLE<br>\* OVER 90 DAYS OLD | 2,314,748.00 | 2,314,748.00 | | 9,618.98 | FA |
| 2. OTHER MACHINERY/FIXTURES/EQUIPMENT<br>\*SCG CAPITAL CORPORATION - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - MASTER LEASE AGREEMENT DATED 1/11/2013 | 0.00 | 0.00 | | 0.00 | FA |
| 3. OTHER MACHINERY/FIXUTRES/EQUIPMENT<br>GE HFS, LLC - - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - MASTER LEASE AGREEMENT DATED 1/11/2013 | 0.00 | 0.00 | | 0.00 | FA |
| 4. OTHER MACHINERY/FIXTURES/EQUIPMENT<br>CIT FINANCE LLC - - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - MASTER LEASE AGREEMENT DATED 1/11/2013; OMNIBUS AMENDMENT TO LEASES 11/14/2017 | 0.00 | 0.00 | | 0.00 | FA |
| 5. OTHER MACHINERY/FIXTURES/EQUIPMENT<br>HUNTINGTON TECHNOLOGY FINANCE, INC. - - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - MASTER LEASE AGREEMENT DATED 1/11/2013 | 0.00 | 0.00 | | 0.00 | FA |
| 6. OTHER MACHINERY/FIXTURES/EQUIPMENT<br>MITSUBISHI UFJ LEASE & FINANCE (U.S.A.) INC. - - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - MASTER LEASE AGREEMENT DATED 1/11/2013 WITH SCG CAPITAL CORP. COLLATERALLY ASSIGNED TO MITSUBISHI UFJ LEASE | 0.00 | 0.00 | | 0.00 | FA |

Case No: 20-33088  HDH  Judge: HARLIN D. HALE  
Case Name: FIRST TEXAS HOSPITAL CY-FAIR LLC  
Trustee Name: DANIEL J. SHERMAN, TRUSTEE  
Date Filed (f) or Converted (c): 12/18/20 (f)  
341(a) Meeting Date: 02/02/21  
Claims Bar Date: 05/04/21

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| & FINANCE (USA) INC. | | | | | |
| 7. OTHER MACHINERY/FIXTURES/EQUIPMENT  OLYMPUS AMERICA, INC. - - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - MASTER LEASE AGREEMENT NO. 0016700 DATED 09/08/2016 | 0.00 | 0.00 | | 0.00 | FA |
| 8. OTHER MACHINERY/FIXTURES/EQUIP,ENT  U.S. BANK, N.A. d/b/a U.S. BANK EQUIPMENT FINANCE - MISCELLANEOUS LEASED MEDICAL EQUIPMENT | 0.00 | 0.00 | | 0.00 | FA |
| 9. FUNDS IN BANK OF AMERICA - GOV DEPOSITS (u) | 0.00 | 1,592.98 | | 1,592.98 | FA |
| 10. cash for subpoenas (u) | 0.00 | 33.00 | | 66.00 | FA |
| 11. PAYCOM COBRA REFUNDS (u) | 0.00 | 2,462.98 | | 2,462.98 | FA |
| 12. MISCELLANEOUS CREDIT REFUNDS (u) | 0.00 | 429.00 | | 429.00 | FA |
| 13. FUNDS IN BANK OF AMERICA - NON GOVT DEPOSITS (u) | 0.00 | 284,780.07 | | 284,780.07 | FA |

TOTALS (Excluding Unknown Values)  $2,314,748.00  $2,604,046.03  $298,950.01  

Gross Value of Remaining Assets  $0.00  
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1  Ver: 22.06b

| | | | |
|---|---|---|---|
| Case No: | 20-33088   HDH   Judge: HARLIN D. HALE | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
| Case Name: | FIRST TEXAS HOSPITAL CY-FAIR LLC | Date Filed (f) or Converted (c): | 12/18/20 (f) |
| | | 341(a) Meeting Date: | 02/02/21 |
| | | Claims Bar Date: | 05/04/21 |

ALL RELATED CASES HAVE BEEN SUBSTANTIVELY CONSOLIDATED. ORDER ENTERED 08/20/2021. LEAD CASE IS ADETPUS HEALTH LLC, 20-33071. ESTIMATED DATE OF CLOSING IS 02/01/2024.

Initial Projected Date of Final Report (TFR): 02/01/22     Current Projected Date of Final Report (TFR): 02/01/24